Local AO 440 (Rev. 01/23) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of North Dakota

Michael Smith, Individually and on behalf of all others similarly situated,

*Plaintiff*

v.

Knife River Corporation

*Defendant*

Civil Action No. 1:25-cv-237

## SUMMONS IN A CIVIL ACTION

To: Above Named Defendant(s)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Carter Hastings
101 N Shoreline Blvd, Suite 610
Corpus Christi, TX 78401

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*KARI M. KNUDSON,CLERK OF COURT*

Date: October 14, 2025

*/s/ Melissa Fischer, Deputy Clerk*

*Signature of Clerk or Deputy Clerk*

Case 1:25-cv-00237-DMT-CRH Document 4 Filed 10/23/25 Page 2 of 2

Local AO 440 (Rev. 6/11) Summons in a Civil Action (Page 2)

Civil Action No. 1:25-cv-237

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Knife River Corporation
was received by me on *(date)* 10/17/2025 .

☐ I personally served the summons on the individual at *(place)* ______________________
______________________ on *(date)* ______________ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* CT Corporation System (Mike Miller, owner) , who is designated by law to accept service of process on behalf of *(name of organization)* Knife River Corporation
______________________ on *(date)* 10/17/25 @ About 2:44PM ; or

☐ I returned the summons unexecuted because ______________________ ; or

☐ Other *(specify)*: ______________________
______________________ .

My fees are $ ______ for travel and $ ______ for services, for a total of $ ______ .

I declare under penalty of perjury that this information is true.

Date: 10/21/25

[signature]
*Server's signature*

John J. Sherry III Process Server
*Printed name and title*

513 E. Bismarck Expressway, Ste 4
Bismarck, ND 58504
*Server's address*

Additional information regarding attempted service, etc:

CT Corporation System Address is 120 W. Sweet Ave.
Bismarck, ND 58504