**UNITED STATES DISTRICT COURT**
**DISTRICT OF NORTH DAKOTA**

**MICHAEL SMITH,**
**Individually and on behalf of all others similarly situated,**

**Plaintiff,**

**v.**

**KNIFE RIVER CORPORATION,**

**Defendant.**

**Case No.: 1:25-cv-00237-DMT**

**JURY TRIAL DEMANDED**

**COLLECTIVE ACTION PURSUANT TO 29 U.S.C. § 216(b)**

**NOTICE OF FILING CONSENT TO JOIN**

COMES NOW, Plaintiff Michael Smith, individually and on behalf of all others similarly situated, and hereby gives notice of filing with the Clerk the following Consents to Join pursuant to 29 U.S.C. § 2169(b):

**NOTICE OF CONSENT**

1. Myron Tschider

Dated: November 5, 2025

Respectfully submitted,

**ANDERSON ALEXANDER, PLLC**

By: */s/ Carter T. Hastings*
**Carter T. Hastings**
Texas Bar No. 24101879
carter@a2xlaw.com
**Lauren E. Braddy**
Texas Bar No. 24071993
lauren@a2xlaw.com
101 N. Shoreline Blvd, Suite 610
Corpus Christi, Texas 78401
Telephone: (361) 452-1279
Facsimile: (361) 452-1284

***Counsel for Representative Plaintiff and Putative Collective Members***

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed electronically on November 5, 2025, using the CM/ECF filing system, which I understand will send a notice of electronic filing to all parties of record through the Court's system. A true and accurate copy of the foregoing was mailed to the following via First-Class Mail:

Knife River Corporation
c/o CT Corporation System
120 W. Street Ave.
Bismarck, ND 58504

*/s/ Carter T. Hastings*
**Carter T. Hastings**