**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**

MICHAEL SMITH, individually and on behalf of all others similarly situated,

Plaintiff,

v.

KNIFE RIVER CORPORATION,

Defendant.

Case No.: 1:25-cv-00237-DMT

**STIPULATED MOTION FOR AN EXTENSION OF TIME FOR PLAINTIFF TO FILE AN AMENDED COMPLAINT AND FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT**

Pursuant to an agreement by the parties, by and through their respective undersigned counsel, and pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), the parties hereby stipulate to a motion for an extension of time to provide Plaintiff until Friday, November 14, 2025, to file and serve an Amended Complaint and to provide Defendant twenty-one (21) days following Plaintiff's amendment to file and serve a responsive pleading.

Plaintiff and the Defendant have jointly agreed to the requested extension of time, and this motion is made in good faith and not for the purpose of delay. The reason for this extension is to provide Plaintiff sufficient time to address portions of the Complaint discussed at a meet and confer between the parties regarding Defendant's anticipated motion to dismiss. In light of that meet and confer, Plaintiff has agreed to amend his Complaint.

WHEREFORE, the parties respectfully request that the Court grant this Motion and extend Plaintiff's deadline to file an Amended Complaint to November 14, 2025, and to extend Defendant's deadline to respond to Plaintiff's Complaint until twenty-one (21) days following Plaintiff's filing of an amendment complaint.

Dated: November 4, 2025

**ANDERSON ALEXANDER, PLLC**

*/s/Carter T. Hastings*
Clif Alexander (*pro hac vice*)
TX Bar No. 24064805
Austin W. Anderson (*pro hac vice*)
TX Bar No. 24045189
Carter T. Hastings (*pro hac vice*)
TX Bar No. 24101879
101 N. Shoreline Blvd, Suite 610
Corpus Christi, TX 78401
clif@a2xlaw.com
austin@a2xlaw.com
carter@a2xlaw.com

Attorneys for Plaintiff Michael Smith

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

*/s/Tyler W. Hartney*
Jason N.W. Plowman
Tyler W. Hartney, ND #09226
Capella Tower
225 South Sixth Street, Suite 1800
Minneapolis, MN 55402
Telephone: 612-339-1818
Facsimile: 612-339-0061
jason.plowman@ogletree.com
tyler.hartney@ogletree.com

Paul J. Hulbert
15 W. South Temple, Suite 950
Salt Lake City, UT 84101
Telephone: 801.658.6100
paul.hulbert@ogletree.com

Attorneys for Defendant Knife River Corporation

**CERTIFICATE OF SERVICE**

I hereby certify that on November 4, 2025, I served the foregoing **STIPULATED MOTION FOR AN EXTENSION OF TIME FOR PLAINTIFF TO FILE AN AMENDED COMPLAINT AND FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT** on the parties below:

Clif Alexander (*pro hac vice*)
TX Bar No. 24064805
Austin W. Anderson (*pro hac vice*)
TX Bar No. 24045189
Carter T. Hastings (*pro hac vice*)
TX Bar No. 24101879
101 N. Shoreline Blvd, Suite 610
Corpus Christi, TX 78401
clif@a2xlaw.com
austin@a2xlaw.com
carter@a2xlaw.com

*Lead Counsel for Plaintiff*

Dana L. Sullivan, OR Bar No. 944834
621 SW Morrison Street, Suite 1250
Portland, OR 97205
dana@baaslaw.com

*Local Counsel for Plaintiff*

■ by electronic means through the Court's Case Management/Electronic Case File system, which will send automatic notification of filing to each person listed above.

□ by mailing a true and correct copy to the last known address of each person listed above. It was contained in a sealed envelope, with postage paid, addressed as stated above, and deposited with the U.S. Postal Service in Portland, Oregon.

□ by causing a true and correct copy to be hand-delivered to the last known address of each person listed above. It was contained in a sealed envelope and addressed as stated above.

□ by e-mailing a true and correct copy to the last known email address of each person listed above.

Dated: November 4 2025.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: */s/ Tyler W. Hartney*
Tyler W. Hartney