**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| MICHAEL SMITH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>KNIFE RIVER CORPORATION,<br><br>Defendant. | Case No. 1:25-cv-00237-DMT |

**NOTICE OF APPEARANCE**

Jason N.W. Plowman of OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. hereby enters his appearance of counsel for Knife River Corporation. Mr. Plowman is admitted or otherwise authorized to practice in this Court, and requests all papers and pleadings be served upon him at the address/email listed below.

Dated: November 7, 2025

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

*/s/Jason N. W. Plowman*
Jason N.W. Plowman
Tyler W. Hartney, ND #09226
Capella Tower
225 South Sixth Street, Suite 1800
Minneapolis, MN 55402
Telephone: 612-339-1818
Facsimile: 612-339-0061
jason.plowman@ogletree.com
tyler.hartney@ogletree.com

Paul J. Hulbert
15 W. South Temple, Suite 950
Salt Lake City, UT 84101
Telephone: 801.658.6100
paul.hulbert@ogletree.com

Attorneys for Defendant Knife River Corporation

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 7th day of November, 2025, I served the foregoing **NOTICE OF APPEARANCE** on the persons identified below:

Carter T. Hastings, TX Bar No. 24101879
Lauren E. Braddy, TX Bar No. 24071993
ANDERSON ALEXANDER, PLLC
101 N. Shoreline Blvd, Suite 610
Corpus Christi, TX 78401
carter@a2xlaw.com
lauren@a2xlaw.com
*Attorneys for Representative Plaintiff and Putative Collective Members*

☐ U.S. Mail – Postage Prepaid
☐ Hand Delivery
☑ Electronic Filing
☐ Email

*/s/ Jason N. W. Plowman*