**UNITED STATES DISTRICT COURT**
**DISTRICT OF NORTH DAKOTA**

**MICHAEL SMITH,**
**Individually and on behalf of all others similarly situated,**

**Plaintiff,**

**v.**

**JTL GROUP, INC.,**

**Defendant.**

**Case No. 1:25-CV-00237-DMT-CRH**

**JURY TRIAL DEMANDED**

**COLLECTIVE ACTION PURSUANT TO 29 U.S.C. § 216(b)**

## JOINT MOTION TO TRANSFER VENUE

Plaintiff—Michael Smith—individually and on behalf of all others similarly situated, and Defendant JTL Group, Inc., a Wyoming corporation ("JTL") hereby jointly move to transfer this action to the District of Wyoming.

1. On October 10, 2025, Plaintiff filed suit against Knife River Corporation ("Knife River")—an entity headquartered in Bismarck, North Dakota. *See* ECF No. 1.

2. After conferring with Knife River's counsel, Plaintiff agreed to amend his complaint to remove Knife River as a party defendant and add claims against JTL as JTL served as Plaintiff's direct employer during the relevant time period.

3. JTL is headquartered in the District of Wyoming.

4. The Parties have agreed that venue is proper in the District of Wyoming pursuant to 28 U.S.C. § 1391 and respectfully seek to transfer this action to the District of Wyoming.

WHEREFORE, PREMISES CONSIDERED, the Parties respectfully move this Court to lift the stay and transfer this action to the District of Wyoming.

Date: February 10, 2026

Respectfully submitted,

**ANDERSON ALEXANDER, PLLC**

By: */s/ Carter T. Hastings*

**Carter T. Hastings**
Texas Bar No. 24101879
carter@a2xlaw.com
**Lauren E. Braddy**
Texas Bar No. 24071993
lauren@a2xlaw.com
101 N. Shoreline Blvd, Suite 610
Corpus Christi, Texas 78401
Telephone: (361) 452-1279
Facsimile: (361) 452-1284

***Counsel for Representative Plaintiff and Putative Collective Members***

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

By: */s/ Jason N.W. Plowman*

**Jason N.W. Plowman**
**Tyler W. Hartney**
jason.plowman@ogletree.com
tyler.hartney@ogletree.com
225 South Sixth Street, Suite 1800
Minneapolis, MN 55402
Telephone: (612) 339-1818

**Paul J. Hulbert**
paul.hulbert@ogletree.com
15 W. South Temple, Suite 950
Salt Lake City, UT 84101
Telephone: (801) 658-6100

***Counsel for Defendant***