**UNITED STATES DISTRICT COURT**
**DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| **MICHAEL SMITH,**<br>**Individually and on behalf of all others similarly situated,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**JTL GROUP, INC.,**<br><br>**Defendant.** | **Case No. 1:25-CV-00237-DMT-CRH**<br><br>**JURY TRIAL DEMANDED**<br><br>**COLLECTIVE ACTION PURSUANT TO 29 U.S.C. § 216(b)** |

**[PROPOSED] ORDER**

The Court, having considered the Joint Motion for Leave to Transfer Venue, is of the opinion that the Motion should be GRANTED. Cause number 1:25-cv-00237-DMT-CRH is hereby transferred to the District of Wyoming.

SIGNED on this ______ day of February, 2026.

HON. CLARE R. HOCHHALTER
UNITED STATES MAGISTRATE JUDGE