**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**

Michael Smith,

Plaintiff,

vs.

JTL Group, Inc.,

Defendant.

Case No. 1:25-cv-00237

**ORDER GRANTING MOTION TO TRANSFER VENUE**

[¶ 1] THIS MATTER comes before the Court on a Joint Motion to Transfer Venue filed by Plaintiff on February 10, 2026. Doc. No. 13. Plaintiff brought this suit on October 10, 2025. Doc. No. 1. Plaintiff amended his complaint on November 14, 2025, to remove Knife River, a North Dakota entity, as a defendant and add JTL Group, Inc., a Wyoming entity. Doc. No. 11.

[¶ 2] Having considered the entire record, the Court **GRANTS** the Motion to Transfer Venue (Doc. No. 13). This case is **TRANSFERRED** to the United States District Court for the District of Wyoming for all further proceedings and disposition of all remaining motions.

[¶ 3] **IT IS SO ORDERED.**

DATED February 11, 2026.

Daniel M. Traynor, District Judge
United States District Court