CLOSED

# U.S. District Court
# District of North Dakota (Western)
# CIVIL DOCKET FOR CASE #: 1:25−cv−00237−DMT−CRH

Smith v. Knife River Corporation
Assigned to: Judge Daniel M. Traynor
Referred to: Magistrate Judge Clare R. Hochhalter
Cause: 29:201 Fair Labor Standards Act

Date Filed: 10/10/2025
Date Terminated: 02/11/2026
Jury Demand: Plaintiff
Nature of Suit: 710 Labor: Fair Standards
Jurisdiction: Federal Question

**Plaintiff**

**Michael Smith**
*Individually and on behalf of all others similarly situated*

represented by

**Carter Tilden Hastings**
Anderson Alexander, PLLC
101 N. Shoreline Blvd
Ste 610
Corpus Christi, TX 78401
361−452−1279
Email: carter@a2xlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lauren Elizabeth Braddy**
Anderson Alexander, PLLC
101 N Shoreline Blvd.
Suite 610
Corpus Christi, TX 78401
361−452−1279
Fax: 361−452−1284
Email: lauren@a2xlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Knife River Corporation**
*TERMINATED: 11/14/2025*

represented by

**Tyler Walter Hartney , I**
Ogletree Deakins
225 South Sixth Street
Suite 1800
Minneapolis, MN 55402
612−263−8023
Email: tyler.hartney@ogletreedeakins.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jason N.W. Plowman**
Ogletree Deakins
Ogletree Deakins
225 South 6th Street
Ste 1800
Minneapolis, MN 55402

612−339−1818
Email: jason.plowman@ogletree.com
*ATTORNEY TO BE NOTICED*

**Paul Hulbert**
Ogletree Deakins
15 W. South Temple, Suite 950
Salt Lake City, UT 84101
801−658−6075
Email: paul.hulbert@ogletree.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**JTL Group, Inc.** represented by **Tyler Walter Hartney , I**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jason N.W. Plowman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Paul Hulbert**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/10/2025 | Ï 1 | COMPLAINT against Knife River Corporation (Filing fee $405, receipt number 100003722) filed by Michael Smith. (Attachments: # 1 Exhibit A − Consent to Join Wage Claim, # 2 Civil Cover Sheet)(mf) (Entered: 10/14/2025) |
| 10/14/2025 | Ï 2 | Summons Issued as to Knife River Corporation. (mf) (Entered: 10/14/2025) |
| 10/21/2025 | Ï 3 | NOTICE by Michael Smith *of Filing Consents to Join* (Attachments: # 1 Doug Beaudette Consent, # 2 Nicholas Bonney Consent, # 3 Makennah Eyerly Consent, # 4Gaven Kilpatrick Consent, # 5 Benjamin Martinez Consent, # 6 Kasey Miller Consent, # 7 Angela Tyler Consent, # 8 Daniel Valient Consent, # 9 Victor Winkel Consent)(Hastings, Carter) Modified on 10/22/2025 to remove "exhibit" language from attachments (cjs). (Entered: 10/21/2025) |
| 10/22/2025 | Ï | DOCKET CORRECTION re: 3 Notice. Clerk's Office removed "exhibit" language from attachments. (cjs) (Entered: 10/22/2025) |
| 10/23/2025 | Ï 4 | SUMMONS Returned Executed by Michael Smith. Knife River Corporation served on 10/17/2025, answer due 11/7/2025 (Hastings, Carter) (Entered: 10/23/2025) |
| 11/05/2025 | Ï 5 | NOTICE *of Filing Consent to Join* by Michael Smith (Attachments: # 1 Consent of Myron Tschider) (Hastings, Carter) Modified to clarify docket text and remove exhibit language from attachment description on 11/6/2025 (sl). (Entered: 11/05/2025) |
| 11/06/2025 | Ï | DOCKET CORRECTION re: 5 NOTICE. Clerk's Office clarified docket text and removed unnecessary exhibit language from attachment description. (sl) (Entered: 11/06/2025) |
| 11/06/2025 | Ï 6 | STIPULATION *Motion to Extend Pleading Deadlines* by Knife River Corporation. (Hartney, Tyler) (Entered: 11/06/2025) |

| | | |
|---|---|---|
| 11/07/2025 | Ï 7 | (Text Only) ORDER by Magistrate Judge Clare R. Hochhalter adopting 6 Stipulation filed by Knife River Corporation. Plaintiff Amended Complaint due by 11/14/2025. Defendant responsive pleading due 21 days after filing of Plaintiff's Amended Complaint. (GW) (Entered: 11/07/2025) |
| 11/07/2025 | Ï | Set/Reset Deadlines: Amended Pleadings due by 11/14/2025. (jb) (Entered: 11/07/2025) |
| 11/07/2025 | Ï 8 | NOTICE of Appearance by Jason N.W. Plowman on behalf of Knife River Corporation (Plowman, Jason) (Entered: 11/07/2025) |
| 11/07/2025 | Ï 9 | NOTICE of Appearance by Paul Hulbert on behalf of Knife River Corporation (Hulbert, Paul) (Entered: 11/07/2025) |
| 11/12/2025 | Ï 10 | NOTICE by Michael Smith *of Filing Consent to Join* (Attachments: # 1Terry Seller Consent)(Hastings, Carter) Modified on 11/14/2025 to clarify attachment description. NEF regenerated. (bl). (Entered: 11/12/2025) |
| 11/14/2025 | Ï 11 | AMENDED COMPLAINT against JTL Group, Inc. filed by Michael Smith.(mf) (Entered: 11/14/2025) |
| 11/14/2025 | Ï 12 | Summons Issued as to JTL Group, Inc. (mf) (Entered: 11/14/2025) |
| 02/10/2026 | Ï 13 | MOTION to Change Venue by Michael Smith. (Attachments: # 1 Proposed Order)(Hastings, Carter) Modified on 2/11/2026 to remove 'Exhibit' reference from attachment (mf) (Entered: 02/10/2026) |
| 02/11/2026 | Ï | DOCKET CORRECTION re: 13 Motion to change Venue. Clerk's Office removed 'Exhibit' reference from attachment. (mf) (Entered: 02/11/2026) |
| 02/11/2026 | Ï 14 | ORDER by Judge Daniel M. Traynor granting 13 Motion to Change Venue. This case is transferred to the United States District Court for the District of Wyoming. (SB) (Entered: 02/11/2026) |
| 02/11/2026 | Ï | Case transferred to District of District of Wyoming. (cjs) (Entered: 02/11/2026) |