**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF WYOMING**

| | |
|---|---|
| MICHAEL SMITH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>JTL GROUP, INC.,<br><br>Defendant. | Case No. 2:26-cv-00054-ABJ |

**NOTICE OF APPEARANCE**

David L. Zwisler of OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. hereby enters his appearance as counsel for JTL Group, Inc. Mr. Zwisler is admitted or otherwise authorized to practice in this Court, and requests all papers and pleadings be served upon him at the address/email listed below.

Dated: February 13, 2026

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

*/s/David L. Zwisler*
David L. Zwisler, #7-5489
2200 S. Colorado Blvd., Tower 3, Suite 900
Denver, CO 80222
Telephone: 303-764-6800
Facsimile: 303-831-9246
david.zwisler@ogletree.com

*Attorneys for Defendant JTL Group, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 13th day of February, 2026, I served the foregoing **NOTICE OF APPEARANCE** on the persons identified below:

Carter T. Hastings, TX Bar No. 24101879
Lauren E. Braddy, TX Bar No. 24071993
ANDERSON ALEXANDER, PLLC
101 N. Shoreline Blvd, Suite 610
Corpus Christi, TX 78401
carter@a2xlaw.com
lauren@a2xlaw.com

*Attorneys for Representative Plaintiff and Putative Collective Members*

☐ U.S. Mail – Postage Prepaid
☐ Hand Delivery
☑ Electronic Filing
☐ Email

*/s/ Tama Steinacher*
Tama Steinacher, Practice Assistant