Qusair Mohamedbhai, WY No. 6-3809
RATHOD | MOHAMEDBHAI LLC
2701 Lawrence Street
Denver, CO 80205
Telephone: (303) 578-4400
Facsimile: (303) 578-4401
qm@rmlawyers.com

*Attorney for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF WYOMING**

| | |
|---|---|
| MICHAEL SMITH,<br>Individually and on behalf of all others<br>similarly situated;<br><br>Plaintiff,<br><br>v.<br><br>JTL GROUP, INC.;<br><br>Defendant. | Civil No. 26-cv-00054 |

## APPEARANCE OF COUNSEL

To the clerk of court and all parties of record: I, Qusair Mohamedbhai, am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Plaintiff Michael Smith.

DATED this 25th day of February, 2026.

/s/ *Qusair Mohamedbhai*
Qusair Mohamedbhai, WY No. 6-3809
RATHOD | MOHAMEDBHAI LLC
2701 Lawrence Street
Denver, CO 80205
Telephone: (303) 578-4400
Facsimile: (303) 578-4401

qm@rmlawyers.com

*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of February 2026, a true and correct copy of this **APPEARANCE OF COUNSEL** was filed using the CM/ECF System and served electronically to all counsel of record.

*s/ Dylan Nelson*
Dylan Nelson