**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF WYOMING**

| | |
|---|---|
| MICHAEL SMITH,<br>Individually and on behalf of all others<br>similarly situated;<br><br>Plaintiff,<br><br>v.<br><br>JTL GROUP, INC.;<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil No. 26-cv-00054<br>)<br>)<br>)<br>) |

**AFFIDAVIT OF LAUREN E. BRADDY REGARDING MOTION FOR ADMISSION TO APPEAR PRO HAC VICE**

Under oath and duly sworn, the undersigned states as follows:

1. I am Lauren E. Braddy, of the law firm of Anderson Alexander, PLLC, 101 N. Shoreline Blvd. 6th Floor, Corpus Christi, Texas 78401. My telephone number is (361) 452-1279 and my email address is lauren@a2xlaw.com. I am seeking admission *pro hac vice* for the above referenced matter.

2. I am admitted to the following:

| **Court** | **Date of Admission** |
|---|---|
| State Bar of Texas | 05/05/2010 |
| Southern District of Texas | 05/05/2011 |
| Western District of Texas | 08/01/2017 |
| Northern District of Texas | 08/01/2017 |
| Eastern District of Texas | 05/31/2016 |
| District of Colorado | 10/11/2017 |
| Central District of Illinois | 08/03/2020 |
| U.S. Court of Federal Claims | 09/09/2019 |
| Court of Appeals Fifth Circuit | 12/26/2018 |
| District of New Mexico | 08/28/2020 |

| | |
|---|---|
| Eastern District of Michigan | 10/26/2020 |
| Eastern District of Missouri | 05/11/2021 |
| Court of Appeals Fourth Circuit | 05/24/2022 |
| United States Supreme Court | 08/21/2023 |
| Court of Appeals 11th Circuit | 12/30/2022 |
| Northern District of Illinois | 07/02/2024 |
| District of North Dakota | 09/23/2025 |
| Northern District of New York | 11/19/2025 |

3. I have no pending disciplinary proceedings, nor do I have any past public sanctions.

4. I will comply with and be bound by the Local Rules of the United States District Court for the District of Wyoming.

5. I acknowledge that local counsel, Qusair Mohamedbhai, is required to be fully prepared to represent the clients at any time, in any capacity.

6. I acknowledge that I will submit to and be subject to disciplinary jurisdiction of the Court for any alleged misconduct arising in the course of preparation and representation in this proceeding.

7. I respectfully request that I be admitted to practice before this Court for the purpose of this case only.

I declare under the penalty of perjury that the foregoing is true and correct, and that this declaration is executed on February 20, 2026, at 101 N. Shoreline Blvd., Suite 610, Corpus Christi, Texas 78401.

Respectfully submitted,

Anderson Alexander, PLLC

By: */s/ Lauren E. Braddy*

**Carter T. Hastings** *(Pro Hac Vice Anticipated)*
Texas Bar No. 24101879
carter@a2xlaw.com
**Lauren E. Braddy** *(Pro Hac Vice Anticipated)*
Texas Bar No. 24071993

lauren@a2xlaw.com
101 N. Shoreline Blvd, Suite 610
Corpus Christi, Texas 78401
Telephone: (361) 452-1279
Facsimile: (361) 452-1284

***Counsel for Representative Plaintiff and Putative Collective Members***

# The Supreme Court of Texas

AUSTIN

CLERK'S OFFICE

**I, BLAKE HAWTHORNE,** Clerk of the Supreme Court of Texas, certify that the records of this office show that

**Lauren Elizabeth Matheson Braddy**

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 5th day of May, 2010.

I further certify that the records of this office show that, as of this date

**Lauren Elizabeth Matheson Braddy**

is presently enrolled with the State Bar of Texas as an active member in good standing.

**IN TESTIMONY WHEREOF** witness my signature and the seal of the Supreme Court of Texas at the City of Austin, this, the 17th day of February, 2026.

SUPREME COURT OF THE STATE OF TEXAS

BLAKE HAWTHORNE, Clerk

Blake A. Hawthorne

Clerk, Supreme Court of Texas

No. 4883C.1

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.