**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF WYOMING**

| | | |
|---|---|---|
| MICHAEL SMITH,<br>Individually and on behalf of all others<br>similarly situated;<br><br>Plaintiff,<br><br>v.<br><br>JTL GROUP, INC.;<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil No. 26-cv-00054 |

---

**ORDER**

---

THIS MATTER comes before the Court on a Motion for Admission of Lauren E. Braddy *Pro Hac Vice*, and it appearing to the Court that the motion should be granted;

IT IS HEREBY ORDERED that Lauren E. Braddy is admitted to practice before this Court and represent the Plaintiff in this matter.

______________________________
District Court Judge