**EXHIBIT A**

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF WYOMING**

| | | |
|---|---|---|
| **MICHAEL SMITH**<br>**Individually and on behalf of all others similarly situated,**<br>**Plaintiff,** | * | **Case No. 26-cv-00054-ABJ** |
| **versus** | * | |
| **JTL GROUP, INC.,**<br>**Defendant.** | * | |

**DECLARATION IN SUPPORT OF DEFENDANT'S MOTION FOR ADMISSION *PRO HAC VICE* OF JASON N.W. PLOWMAN**

I, Jason N.W. Plowman, and being first duly sworn upon my oath, state:

1. I am a member in good standing of the State Bar of Minnesota (Bar No. 506391) and was admitted on October 29, 2025.

2. I am also a member in good standing of the State Bar of Kansas (Bar No. 26923) and was admitted on January 29, 2015.

3. I am also a member in good standing of the State Bar of Missouri (Bar No. 67495) and was admitted on September 29, 2014.

4. I am also a member in good standing of the State Bar of Nebraska (Bar No. 26652) and was admitted on October 10, 2018.

5. I am also a member in good standing of the State Bar of Utah (Bar No. 18818) and was admitted on August 15, 2023.

6. I am also a member in good standing of the State Bar of Wisconsin (Bar No. 1070839) and was admitted on October 6, 2008.

**EXHIBIT A**

7. I am admitted to practice in and am a member in good standing of the following United States District and Appellate Courts:

| **Court Admissions** | **Admission Date** |
|---|---|
| United States District Court, District of Kansas | 01/29/2015 |
| United States District Court, West District of Missouri | 01/16/2015 |
| United States District Court, District of Utah | 08/18/2023 |
| United States District Court, District of Nebraska | 08/27/2018 |
| United States District Court, District of Colorado | 11/25/2020 |
| United States District Court, South District of Illinois | 12/20/2021 |
| United States District Court, Eastern District of Missouri | 02/23/2021 |
| United States District Court, Northern District of Illinois | 10/15/2009 |
| United States District Court, Eastern District of Michigan | 09/17/2015 |
| United States District Court, Eastern District of Wisconsin | 11/24/2008 |
| United States District Court, Western District of Wisconsin | 10/16/2008 |
| United States District Court, Eastern District of Arkansas | 06/06/2023 |
| United States District Court, District of Minnesota | 12/02/2025 |
| United States District Court, District of North Dakota | 10/20/2025 |
| United States Court of Appeals, 4th Circuit | 04/23/2018 |
| United States Court of Appeals, 7th Circuit | 12/11/2009 |
| United States Court of Appeals, 8th Circuit | 03/27/2017 |
| United States Court of Appeals, 10th Circuit | 01/16/2024 |

8. I have and am familiar with the Federal Rules of Civil Procedure, the Local Rules of this Court, and the Federal Rules of Evidence.

9. I am not now and have never been subject to a grievance proceeding or removal proceeding while a member of the Bars of the States of Minnesota, Kansas, Missouri, Nebraska,

**EXHIBIT A**

Utah and Wisconsin, or any federal court and recognize that I will be subject to the disciplinary jurisdiction of this Court.

10. I agree to comply with and be bound by the Local Rules of the United States District Court for the District of Wyoming.

11. I acknowledge that local counsel is required to be fully prepared to represent JTL Group, Inc., at any time, in any capacity.

12. I acknowledge that I am subject to, and submit to, disciplinary jurisdiction of this Court for any alleged misconduct arising in the course of preparation and representation in these proceedings.

13. I respectfully request to be admitted in the United States District Court for the District of Wyoming for this case only.

Dated this 23rd day of February, 2026.

*s/Jason N.W. Plowman*
Jason N.W. Plowman
Capella Tower
225 South Sixth Street, Suite 1800
Minneapolis, MN 55402
Telephone: 612-339-1818
Facsimile: 612-339-0061
jason.plowman@ogletree.com