**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF WYOMING**

| | | |
|---|---|---|
| MICHAEL SMITH<br>Individually and on behalf of all others<br>similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JTL GROUP, INC.,<br><br>Defendant. | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | Case No. 2:26-cv-00054-ABJ |

---

**ORDER GRANTING *PRO HAC VICE* ADMISSION OF JASON N.W. PLOWMAN**

---

It appearing to the Court that Petitioner meets the *pro hac vice* admission requirements of Local Rule 84.2, the motion for the admission *pro hac vice* of Jason N.W. Plowman in the United States District Court, District of Wyoming in the subject case is GRANTED.

Dated this ______ day of February, 2026.

BY THE COURT:

______________________________
District Court Judge