**EXHIBIT A**

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF WYOMING**

| | | |
|---|---|---|
| **MICHAEL SMITH,**<br>**Individually and on behalf of all others similarly situated,**<br>**Plaintiff,**<br>**v.**<br><br>**JTL GROUP, INC.,**<br><br>**Defendant.** | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | **Civil Action No.** 26-cv-00054-ABJ |

---

**DECLARATION IN SUPPORT OF DEFENDANT'S MOTION FOR ADMISSION *PRO HAC VICE* OF PAUL J. HULBERT**

---

I, Paul J. Hulbert, and being first duly sworn upon my oath, state:

1. I am a member in good standing of the State Bar of Utah (Bar No. 19153) and was admitted on February 13, 2024.[1]

2. I am also a member in good standing of the State Bar of Washington (Bar No. 55384) and was admitted on September 27, 2019.

3. I am admitted to practice in and am a member in good standing of the following United States District and Appellate Courts:

| **Court Admissions** | **Admission Date** |
|---|---|
| United States District Court, District of Utah | 03/18/2024 |
| United States District Court, Western District of Washington | 04/23/2024 |
| United States District Court, Eastern District of Washington | 04/25/2024 |
| United States District Court, District of North Dakota | 10/16/2025 |

---

[1] Certificate of Good Standings for the Bars of Utah and Washington are collectively attached hereto as Exhibit 1.

**EXHIBIT A**

4. I have and am familiar with the Federal Rules of Civil Procedure, the Local Rules of this Court, and the Federal Rules of Evidence.

5. I am not now and have never been subject to a grievance proceeding or removal proceeding while a member of the Bars of the States of Utah and Washington, or any federal court, and recognize that I will be subject to the disciplinary jurisdiction of this Court.

6. I affirm that I will comply with and be bound by the Local Rules of the United States District Court for the District of Wyoming.

7. I acknowledge that local counsel is required to be fully prepared to represent JTL Group, Inc., at any time, in any capacity.

8. I acknowledge that I am subject to, and submit to, disciplinary jurisdiction of this Court for any alleged misconduct arising in the course of preparation and representation in these proceedings.

9. I respectfully request to be admitted in the United States District Court for the District of Wyoming for this case only.

**EXHIBIT A**

Dated this 27th day of February, 2026.

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.

*s/ Paul J. Hulbert*

Paul J. Hulbert
paul.hulbert@ogletree.com
15 W. South Temple, Suite 950
Salt Lake City, UT 84101
Telephone: (801) 658-6100

**EXHIBIT 1**

# *CERTIFICATE OF GOOD STANDING*

*This document expires 60 days from the date of issuance*

Issued on 2/12/2026

To Whom it May Concern:

Re: CERTIFICATE OF GOOD STANDING for Paul J Hulbert

This is to certify that Paul J Hulbert, Utah State Bar No. 19153 was admitted to practice law in Utah on 2/13/2024.

Paul J Hulbert is currently an ACTIVE member of the Utah State Bar in good standing. "Good standing" is defined as a lawyer who is current in the payment of all Bar licensing fees, has met mandatory continuing legal education requirements, if applicable, and is not disbarred, presently on probation, suspended, or has not resigned with discipline pending, from the practice of law in this state.

Maribeth LeHoux
General Counsel
Utah State Bar

No.2026 -1154694
verify by email at cogsrequest@utahbar.org

**EXHIBIT 1**

# IN THE SUPREME COURT OF THE STATE OF WASHINGTON

| | |
|---|---|
| IN THE MATTER OF THE ADMISSION<br>OF<br>PAUL J. HULBERT<br>TO PRACTICE IN THE COURTS OF THIS STATE | BAR NO. 55384<br>**CERTIFICATE**<br>**OF**<br>**GOOD STANDING** |

I, Sarah R. Pendleton, Clerk of the Supreme Court of the State of Washington, hereby certify

**PAUL J. HULBERT**

was regularly admitted to practice as an Attorney and Counselor at Law in the Supreme Court and all the Courts of the State of Washington on September 27, 2019, and is now and has continuously since that date been an attorney in good standing, and has a current status of active.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of this Court on the 13th day of February, 2026.

Sarah R. Pendleton
Supreme Court Clerk
Washington State Supreme Court