David L. Zwisler, WY Bar No. 7-5489
OGLETREE, DEAKINS, NASH, SMOAK
& STEWART, P.C.
2000 South Colorado Boulevard
Tower Three, Suite 900
Denver, CO 80222
Telephone: 303.764.6800
Facsimile: 303.831.9246
david.zwisler@ogletree.com

*Attorneys for Defendant JTL Group, Inc.*

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF WYOMING**

| | |
|---|---|
| MICHAEL SMITH<br>Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JTL GROUP, INC.,<br><br>Defendant. | Case No. 2:26-cv-00054-ABJ |

**MOTION FOR ADMISSION *PRO HAC VICE***
**OF TYLER W. HARTNEY**

Pursuant to U.S.D.C.L.R. 84.2(b), Defendant JTL Group, Inc. ("Defendant") moves to admit Tyler W. Hartney of the firm Ogletree, Deakins, Nash, Smoak & Stewart, P.C., 225 South Sixth Street, Suite 1800, Minneapolis, Minneasota 55402, to appear before this Court in this case *pro hac vice* on behalf of Defendant. In support of this Motion, Defendant states:

1. Undersigned counsel is a member in good standing of the Bar of the State of Wyoming and the Bar of this Court.

2. Undersigned counsel vouches for the good moral character and veracity of Mr. Hartney.

3. Undersigned counsel is fully prepared to represent Defendant at any time, in any capacity.

4. Mr. Hartney's *pro hac vice* affidavit is attached to this motion as Exhibit A.

WHEREFORE, Defendant respectfully requests that the Court enter an order granting the admission *pro hac vice* of Tyler W. Hartney in this matter. A proposed form of Order is submitted for the Court's convenience.

DATED: February 27, 2026.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

*s/ David L. Zwisler*
David L. Zwisler, WY Bar No. 7-5489
2000 South Colorado Boulevard
Tower Three, Suite 900
Denver, CO 80222
Telephone: 303.764.6800
Facsimile: 303.831.9246
david.zwisler@ogletree.com

*Attorneys for Defendant JTL Group, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on February 27, 2026, a true and correct copy of the foregoing **MOTION FOR ADMISSION *PRO HAC VICE* OF TYLER W. HARTNEY** was served to the following counsel via electronic service:

Qusair Mohamedbhai
RATHOD | MOHAMEDBHAI LLC
2701 Lawrence Street
Denver, CO 80205
Telephone: (303) 578-4400
Facsimile: (303) 578-4401
qm@rmlawyers.com

*Attorneys for Plaintiff Michael Smith*

*s/ Alison L. Shaw*
Alison L. Shaw, Paralegal