**EXHIBIT A**

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF WYOMING**

| | | |
|---|---|---|
| **MICHAEL SMITH** **Individually and on behalf of all others similarly situated,** **Plaintiff,** | * | |
| **versus** | * | **Civil Action No.** 26-cv-00054-ABJ |
| **JTL GROUP, INC.,** **Defendant.** | * | |

---

**DECLARATION IN SUPPORT OF DEFENDANT'S MOTION FOR ADMISSION *PRO HAC VICE* OF TYLER W. HARTNEY**

---

I, Tyler W. Hartney, and being first duly sworn upon my oath, state:

1. I am a member in good standing of the State Bar of Minnesota (Bar No. 0400100) and was admitted on October 26, 2018.

2. I am also a member in good standing of the State Bar of Illinois (Bar No. 6335334) and was admitted on January 27, 2021.

3. I am also a member in good standing of the State Bar of Montana and was admitted on April 30, 2020.

4. I am also a member in good standing of the State Bar of North Dakota (Bar No. 09226) and was admitted on October 25, 2019.

5. I am admitted to practice in and am a member in good standing of the following United States District and Appellate Courts:

| **Court Admissions** | **Admission Date** |
|---|---|
| United States District Court, District of Minnesota | 10/26/2018 |

**EXHIBIT A**

| | |
|---|---|
| United States District Court, West District of North Dakota | 11/18/2019 |
| Supreme Court of the United States | 12/05/2022 |

6. I have and am familiar with the Federal Rules of Civil Procedure, the Local Rules of this Court, and the Federal Rules of Evidence.

7. I am not now and have never been subject to a grievance proceeding or removal proceeding while a member of the Bars of the States of Minnesota, Illinois, Montana, and North Dakota, or any federal court and recognize that I will be subject to the disciplinary jurisdiction of this Court.

8. I agree to comply with and be bound by the Local Rules of the United States District Court for the District of Wyoming.

9. I acknowledge that local counsel is required to be fully prepared to represent JTL Group, Inc., at any time, in any capacity.

10. I acknowledge that I am subject to, and submit to, disciplinary jurisdiction of this Court for any alleged misconduct arising in the course of preparation and representation in these proceedings.

11. I respectfully request to be admitted in the United States District Court for the District of Wyoming for this case only.

Dated this 23th day of February, 2026.

*s/Tyler W. Hartney*
Tyler W. Hartney, ND #09226
Capella Tower
225 South Sixth Street, Suite 1800
Minneapolis, MN 55402
Telephone: 612-339-1818
Facsimile: 612-339-0061
tyler.hartney@ogletree.com