**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF WYOMING**

| | | |
|---|---|---|
| MICHAEL SMITH<br>Individually and on behalf of all others<br>similarly situated, | *<br>*<br>*<br>* | |
| Plaintiff, | *<br>* | |
| v. | * | Case No. 2:26-cv-00054-ABJ |
| | * | |
| JTL GROUP, INC., | *<br>* | |
| Defendant. | * | |

---

**ORDER GRANTING *PRO HAC VICE* ADMISSION OF TYLER W. HARTNEY**

---

It appearing to the Court that Petitioner meets the *pro hac vice* admission requirements of Local Rule 84.2, the motion for the admission *pro hac vice* of Tyler W. Hartney in the United States District Court, District of Wyoming in the subject case is GRANTED.

Dated this ______ day of February, 2026.

BY THE COURT:

_______________________________
District Court Judge