**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF WYOMING**

MICHAEL SMITH, individually and on behalf of all others similarly situated,

Plaintiff,

v.

JTL GROUP, INC.,

Defendant.

**DEFENDANT'S PARTIAL MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**

Case No. 26-cv-00054-ABJ

**DEFENDANT'S MOTION TO DISMISS**

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendant JTL Group, Inc. ("JTL") moves to dismiss with prejudice, for failure to state a claim, Plaintiff's Fair Labor Standards Act claims in his First Amended Complaint regarding non-discretionary bonuses and untimely pay. JTL submits the following memorandum in support. WHEREFORE, JTL respectfully requests that the Court enter an order dismissing these claims.

DATED: March 4, 2026 OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

*/s/ Jason N.W. Plowman*
David Zwisler, #7-5489
2000 South Colorado Blvd., Suite 900
Denver, CO 80222
Telephone: 303-764-6800; Email: david.zwisler@ogletree.com

Jason N.W. Plowman (admitted *pro hac vice*) (MN Bar No. 0506391)
Tyler W. Hartney (admitted *pro hac vice*) (MN Bar No. 0400100)
225 South Sixth Street, Suite 1800
Minneapolis, MN 55402
Telephone: 612-339-1818
Email: jason.plowman@ogletree.com; tyler.hartney@ogletree.com

Paul J. Hulbert (admitted *pro hac vice*) (UT Bar No. 19153)
15 W. South Temple, Suite 950
Salt Lake City, UT 84101
Telephone: 801-658-6100; Email: paul.hulbert@ogletree.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 4th day of March, 2026, I served the foregoing **DEFENDANT'S PARTIAL MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT** on the persons identified below:

Carter T. Hastings, TX Bar No. 24101879
Lauren E. Braddy, TX Bar No. 24071993
ANDERSON ALEXANDER, PLLC
101 N. Shoreline Blvd, Suite 610
Corpus Christi, TX 78401
carter@a2xlaw.com
lauren@a2xlaw.com

Qusair Mohamedbhai, WY No. 6-3809
Rathod – Mohamedbhai LLC
2701 Lawrence Street
Denver, CO 80205
qm@rmlawyers.com

*Attorneys for Representative Plaintiff and Putative Collective Members*

☐ U.S. Mail – Postage Prepaid
☐ Hand Delivery
☑ Electronic Filing
☐ Email

*/s/ Jason N.W. Plowman*