**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF WYOMING**

| | |
|---|---|
| MICHAEL SMITH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>JTL GROUP, INC.,<br><br>Defendant. | **NOTICE OF APPEARANCE**<br><br><br>Case No. 26-cv-00054-ABJ |

PLEASE TAKE NOTICE that Tyler W. Hartney of Ogletree, Deakins, Nash, Smoak & Stewart, P.C. shall appear as additional counsel for Defendant JTL Group, Inc. in the above-entitled action.

DATED: March 6, 2026 OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

*/s/Tyler W. Hartney*

Tyler W. Hartney (admitted *pro hac vice*) (MN Bar No. 0400100)
225 South Sixth Street, Suite 1800
Minneapolis, MN 55402
Telephone: 612-339-1818
Email: tyler.hartney@ogletree.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 6th day of March, 2026, I served the foregoing **Notice of Appearance** on the persons identified below:

Carter T. Hastings, TX Bar No. 24101879
Lauren E. Braddy, TX Bar No. 24071993
ANDERSON ALEXANDER, PLLC
101 N. Shoreline Blvd, Suite 610
Corpus Christi, TX 78401
carter@a2xlaw.com
lauren@a2xlaw.com

☐ U.S. Mail – Postage Prepaid
☐ Hand Delivery
☑ Electronic Filing
☐ Email

Qusair Mohamedbhai, WY No. 6-3809
Rathod – Mohamedbhai LLC
2701 Lawrence Street
Denver, CO 80205
qm@rmlawyers.com

*Attorneys for Representative Plaintiff and Putative Collective Members*

*/s/Tyler W. Hartney*