**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF WYOMING**

| | | |
|---|---|---|
| **MICHAEL SMITH, Individually and on behalf of all others similarly situated,**<br><br>***Plaintiff,***<br><br>**v.**<br><br>**JTL GROUP, INC.,**<br><br>***Defendant.*** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **Case No. 2:26-CV-00054-ABJ** |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT:

Plaintiff Michael Smith, individually and on behalf of all others similarly situated, hereby gives notice to the Court and all opposing parties that Carter T. Hastings is entering his appearance in this matter as counsel for Plaintiff. Mr. Hastings is admitted to practice in the District of Wyoming (ECF No. 21) and his contact information is as follows:

Carter T. Hastings
**ANDERSON ALEXANDER, PLLC**
101 N. Shoreline Blvd., Suite 610
Corpus Christi, Texas 78401
Telephone: (361) 452-1279
Facsimile: (361) 452-1284
carter@a2xlaw.com

Dated: March 6, 2026

Respectfully submitted,

**ANDERSON ALEXANDER, PLLC**

By: */s/ Carter T. Hastings*
**Lauren E. Braddy***
TX Bar No. 24071993
**Carter T. Hastings***
TX Bar No. 24101879
101 N. Shoreline Blvd., Suite 610
Corpus Christi, Texas 78401
Tel: (361) 452-1279
Fax: (361) 452-1284
lauren@a2xlaw.com
carter@a2xlaw.com

**RATHOD MOHAMEDBHAI, LLC**

By: */s/ Siddhartha Rathod*
**Siddhartha Rathod**
Colorado Bar No. 38883
sr@rmlawyers.com
**Qusair Mohamedbhai**
Colorado Bar No. 35390
qm@rmlawyers.com
2701 Lawrence St Ste 100
Denver, CO 80205
Telephone: (303) 578-4400

**Admitted Pro Hac Vice*

***Counsel for Representative Plaintiff and Putative Collective Members***

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was served by ECF electronic filing on all known parties on this 6th day of March 2026.

*/s/Carter T. Hastings*
**Carter T. Hastings**