**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF WYOMING**

| | |
|---|---|
| MICHAEL SMITH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>JTL GROUP, INC.,<br><br>Defendant. | **DEFENDANT'S CORPORATE DISCLOSURE STATEMENT**<br><br>Case No. 26-cv-00054-ABJ |

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Defendant JTL Group, Inc. ("JTL") certifies the following: JTL is wholly owned by KRC Holdings, Inc., a privately held company. KRC Holdings, Inc. is wholly owned by KRC Materials, Inc., a privately held company. KRC Materials, Inc. is wholly owned by Knife River Corporation, which is publicly traded on the New York Stock Exchange.

DATED: March 9, 2026 OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

*/s/ Jason N.W. Plowman*

David Zwisler, #7-5489
2000 South Colorado Blvd., Suite 900
Denver, CO 80222
Telephone: 303-764-6800; Email: david.zwisler@ogletree.com

Jason N.W. Plowman (admitted *pro hac vice*) (MN Bar No. 0506391)
Tyler W. Hartney (admitted *pro hac vice*) (MN Bar No. 0400100)
225 South Sixth Street, Suite 1800
Minneapolis, MN 55402
Telephone: 612-339-1818
Email: jason.plowman@ogletree.com; tyler.hartney@ogletree.com

Paul J. Hulbert (admitted *pro hac vice*) (UT Bar No. 19153)
15 W. South Temple, Suite 950
Salt Lake City, UT 84101
Telephone: 801-658-6100; Email: paul.hulbert@ogletree.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 9th day of March, 2026, I served the foregoing **DEFENDANT'S CORPORATE DISCLOSURE STATEMENT** on the persons identified below:

Carter T. Hastings, TX Bar No. 24101879
Lauren E. Braddy, TX Bar No. 24071993
ANDERSON ALEXANDER, PLLC
101 N. Shoreline Blvd, Suite 610
Corpus Christi, TX 78401
carter@a2xlaw.com
lauren@a2xlaw.com

Qusair Mohamedbhai, WY No. 6-3809
Rathod – Mohamedbhai LLC
2701 Lawrence Street
Denver, CO 80205
qm@rmlawyers.com

*Attorneys for Representative Plaintiff and Putative Collective Members*

☐ U.S. Mail – Postage Prepaid
☐ Hand Delivery
☑ Electronic Filing
☐ Email

*/s/ Jason N.W. Plowman*