**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF WYOMING**

MICHAEL SMITH, individually and on behalf of all others similarly situated,

Plaintiff,

v.

JTL GROUP, INC.,

Defendant.

**STIPULATED MOTION FOR AN EXTENSION OF TIME FOR PLAINTIFF TO FILE A RESPONSE TO DEFENDANT'S PARTIAL MOTION TO DISMISS AND FOR DEFENDANT TO FILE ITS REPLY BRIEF**

Case No. 26-cv-00054-ABJ

Pursuant to an agreement by the parties, by and through their respective undersigned counsel, and pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), the parties hereby stipulate to a motion for an extension of time to provide Plaintiff until Monday, March 30, 2026, to file a response to Defendant's Partial Motion to Dismiss Plaintiff's First Amended Complaint (Dkt. 27) and Defendant fourteen (14) days following Plaintiff's response to file its reply brief.

Plaintiff and the Defendant have jointly agreed to the requested extension of time, and this motion is made in good faith and not for the purpose of delay. The reason for this extension is due to the availability of lead counsel for Defendant, who has pre-planned international travel, and to provide the Parties additional time to consider potential amendment.

WHEREFORE, the parties respectfully request that the Court grant this Motion and extend Plaintiff's deadline to file its response to Defendant's pending Partial Motion to Dismiss to March 30, 2026, and to extend Defendant's deadline file its reply brief until fourteen (14) days following Plaintiff's filing of its response.

Dated: March 13, 2026

**ANDERSON ALEXANDER, PLLC**

*/s/Lauren E. Braddy*__________________

Carter T. Hastings, TX Bar No. 24101879
Lauren E. Braddy, TX Bar No. 24071993
ANDERSON ALEXANDER, PLLC
101 N. Shoreline Blvd, Suite 610
Corpus Christi, TX 78401
carter@a2xlaw.com
lauren@a2xlaw.com

Qusair Mohamedbhai, WY No. 6-3809
Rathod – Mohamedbhai LLC
2701 Lawrence Street
Denver, CO 80205
qm@rmlawyers.com

**Attorneys for Plaintiff Michael Smith**

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

*/s/Tyler W. Hartney*________________________

David Zwisler, #7-5489
2000 South Colorado Blvd., Suite 900
Denver, CO 80222
Telephone: 303-764-6800; Email:
david.zwisler@ogletree.com

Jason N.W. Plowman (admitted pro hac vice)
(MN Bar No. 0506391)
Tyler W. Hartney (admitted pro hac vice) (MN
Bar No. 0400100)
225 South Sixth Street, Suite 1800
Minneapolis, MN 55402
Telephone: 612-339-1818
Email: jason.plowman@ogletree.com;
tyler.hartney@ogletree.com

Paul J. Hulbert (admitted pro hac vice) (UT
Bar No. 19153)
15 W. South Temple, Suite 950
Salt Lake City, UT 84101
Telephone: 801-658-6100; Email:
paul.hulbert@ogletree.com

**Attorneys for Defendant Knife River Corporation**

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 13th day of March, 2026, I served the foregoing **STIPULATED MOTION FOR AN EXTENSION OF TIME FOR PLAITNIFF TO FILE A RESPONSE TO DEFENDANT'S PARTIAL MOTION TO DISMISS AND FOR DEFENDANT TO FILE ITS REPLY BRIEF** on the persons identified below:

Carter T. Hastings, TX Bar No. 24101879
Lauren E. Braddy, TX Bar No. 24071993
ANDERSON ALEXANDER, PLLC
101 N. Shoreline Blvd, Suite 610
Corpus Christi, TX 78401
carter@a2xlaw.com
lauren@a2xlaw.com

Qusair Mohamedbhai, WY No. 6-3809
Rathod – Mohamedbhai LLC
2701 Lawrence Street
Denver, CO 80205
qm@rmlawyers.com

*Attorneys for Representative Plaintiff and Putative Collective Members*

☐ U.S. Mail – Postage Prepaid
☐ Hand Delivery
☑ Electronic Filing
☐ Email

/s/ ______________________________