Qusair Mohamedbhai
RATHOD | MOHAMEDBHAI LLC
2701 Lawrence Street
Denver, CO 80205
Telephone: (303) 578-4400
Facsimile: (303) 578-4401
qm@rmlawyers.com

*Attorney for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF WYOMING**

| | | |
|---|---|---|
| MICHAEL SMITH,<br>Individually and on behalf of all others<br>similarly situated;<br><br>Plaintiff,<br><br>v.<br><br>JTL GROUP, INC.;<br><br>Defendant. | ) | Civil No. 26-cv-00054 |

## MOTION FOR ADMISSION OF IAN ROSS TO APPEAR PRO HAC VICE

**COMES NOW**, Qusair Mohamedbhai, a duly licensed attorney in the State of Wyoming, member in good standing of the Bar in the State of Wyoming and the Bar of this Court, and hereby moves this honorable Court to allow the admission *pro hac vice* of attorney Ian Ross, of the law firm of Rathod | Mohamedbhai LLC, 2701 Lawrence Street Suite 100, Denver, CO 80205, telephone number (303) 578-4400, email address ir@rmlawyers.com, who represents Plaintiff in the above-captioned case.

Undersigned counsel vouches for the good moral character and veracity of Ian Ross. In

addition, undersigned counsel will be fully prepared to represent Plaintiffs at any time, in any capacity in this matter.

In compliance with U.S. District Court of Wyoming Local Rule 84.2(b), Applicant Ian Ross Hastings has attached an Affidavit in support of this Motion hereto as Exhibit 1.

WHEREFORE, undersigned counsel respectfully requests that this Court admit Ian Ross *pro hac vice* in this matter for the reasons set forth above and in the attached Affidavit.

DATED this 25th day of February 2026.

Attorney for Plaintiff:

*s/ Qusair Mohamedbhai*
Qusair Mohamedbhai
RATHOD | MOHAMEDBHAI LLC
2701 Lawrence Street
Denver, CO 80205
Telephone: (303) 578-4400
Facsimile: (303) 578-4401
qm@rmlawyers.com

**CERTIFICATE OF SERVICE**

I hereby certify that on March 12, 2026, a true and correct copy of this **MOTION FOR ADMISSION OF COUNSEL TO APPEAR PRO HAC VICE** was filed using the CM/ECF System and served to all counsel of record.

*Qusair Mohamedbhai*
Qusair Mohamedbhai