Qusair Mohamedbhai
RATHOD | MOHAMEDBHAI LLC
2701 Lawrence Street
Denver, CO 80205
Telephone: (303) 578-4400
Facsimile: (303) 578-4401
qm@rmlawyers.com

*Attorney for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF WYOMING**

| | |
|---|---|
| MICHAEL SMITH,<br>Individually and on behalf of all others<br>similarly situated;<br><br>Plaintiff,<br><br>v.<br><br>JTL GROUP, INC.;<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil No. 26-cv-00054<br>)<br>)<br>)<br>) |

---

**AFFIDAVIT OF IAN ROSS REGARDING MOTION FOR ADMISSION TO APPEAR PRO HAC VICE**

---

Under oath and duly sworn, the undersigned states as follows:

1. I am Ian Ross of the law firm of RATHOD | MOHAMEDBHAI LLC, 2701 Lawrence Street, Suite 100, Denver, Colorado 80205. My telephone number is (303) 578-4400 and my email address is ir@rmlawyers.com. I am seeking admission *pro hac vice* for the above referenced matter.

2. I was admitted to the State Bar of Colorado in 2021 and am a member of the United States District Court for the District of Colorado and the Tenth Circuit. I was admitted to the State Bar of Alabama in 2023.

3. I have no pending disciplinary proceedings nor do I have any past public sanctions.

4. I will comply with and be bound by the Local Rules of the United States District Court for the District of Wyoming.

5. I acknowledge that local counsel, Qusair Mohamedbhai is required to be fully prepared to represent the clients at any time, in any capacity.

6. I acknowledge that I will submit to and be subject to disciplinary jurisdiction of the Court for any alleged misconduct arising in the course of preparation and representation in this proceeding.

I respectfully request that I be admitted to practice before this Court for the purpose of this case only.

I declare under the penalty of perjury that the foregoing is true and correct, and that this declaration is executed on March 12, 2026 at Denver, Colorado.

*s/ Ian Ross*________________________

Ian Ross
RATHOD | MOHAMEDBHAI, LLC
2701 Lawrence Street, Suite 100
Denver, CO 80205
(303) 578-4400
(303) 578-4401 fax
ir@rmlawyers.com
Attorney for Plaintiff: