FILED

UNITED STATES DISTRICT COURT
DISTRICT OF WYOMING

3:57 pm, 3/13/26

Margaret Botkins
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

MICHAEL SMITH, individually and on behalf of all others similarly situated

Plaintiff,

vs.

JTL GROUP, INC.,

Defendant.

Case No. 26-CV-54-ABJ

**ORDER GRANTING THE PARTIES STIPULATED MOTION FOR EXTENSION OF TIME**

**THIS MATTER** is before the Court on the above-captioned parties' *Stipulated Motion for Extension of Time for Plaintiff to File a Response to Defendant's Partial Motion to Dismiss and for Defendant to File a Reply* ("*Motion*"). ECF No. 36. The parties are requesting reciprocal extensions to the response and reply deadlines for them to fully brief Defendant's *Partial Motion to Dismiss*. ECF No. 27. The parties have stipulated to the respective extensions in order to accommodate for a vacation scheduled by Defendant's lead counsel and to allow the parties time to consider a potential amendment. ECF No. 36 at 1. Based upon the preceding, the Court finds there is good cause to **GRANT** the parties' *Motion*.

**IT IS HEREBY ORDERED** that Plaintiff shall have up to and including **March 30, 2026**, to respond to Defendant's *Partial Motion to Dismiss*. ECF No. 27. Defendant

shall have a **fourteen (14) days** from the filing of Plaintiff's Response to file its Reply Brief.

Dated this 13th day of March, 2026.

Scott P. Klosterman
United States Magistrate Judge