**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF WYOMING**

MICHAEL SMITH,
Individually and on behalf of all others
similarly situated;

Plaintiff,

v. Civil No. 26-cv-00054

JTL GROUP, INC.;

Defendant.

---

**NOTICE OF APPEARANCE OF COUNSEL PRO HAC VICE**

---

To the clerk of court and all parties of record: I, Ian Ross, appear in this case pro hac vice as counsel for Plaintiff Michael Smith.

DATED this 18th day of March, 2026.

/s/ *Ian Ross*
Ian Ross, Co. No. 56923
RATHOD | MOHAMEDBHAI LLC
2701 Lawrence Street
Denver, CO 80205
Telephone: (303) 578-4400
Facsimile: (303) 578-4401
ir@rmlawyers.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of March 2026, a true and correct copy of this **NOTICE OF APPEARANCE OF COUNSEL PRO HAC VICE** was filed using the CM/ECF System and served electronically to all counsel of record.

*s/ Ian Ross*
Ian Ross