**UNITED STATES DISTRICT COURT**
**DISTRICT OF WYOMING**

| | |
|---|---|
| **MICHAEL SMITH,**<br>**Individually and on behalf of all others similarly situated,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**JTL GROUP, INC.,**<br><br>**Defendant.** | **Case No.: 2:26-cv-00054-ABJ** |

**NOTICE OF FILING CONSENT TO JOIN**

COMES NOW, Plaintiff Michael Smith, individually and on behalf of all others similarly situated, and hereby gives notice of filing with the Clerk the following Consent to Join pursuant to 29 U.S.C. § 216(b):

**NOTICE OF CONSENT**

1. Anthony S. Kathman

Dated: June 24, 2026

Respectfully submitted,

**ANDERSON ALEXANDER, PLLC**

By: */s/ Carter T. Hastings*
**Carter T. Hastings***
Texas Bar No. 24101879
carter@a2xlaw.com
**Lauren E. Braddy***
Texas Bar No. 24071993
lauren@a2xlaw.com
101 N. Shoreline Blvd, Suite 610
Corpus Christi, Texas 78401
Telephone: (361) 452-1279
Facsimile: (361) 452-1284

**RATHOD MOHAMEDBHAI, LLC**

By: */s/ Siddhartha Rathod*
**Siddhartha Rathod**
Colorado Bar No. 38883
sr@rmlawyers.com
**Qusair Mohamedbhai**
Colorado Bar No. 35390
qm@rmlawyers.com
2701 Lawrence St Ste 100
Denver, CO 80205
Telephone: (303) 578-4400

**Admitted Pro Hac Vice*

***Counsel for Representative Plaintiff and Putative Collective Members***

**CERTIFICATE OF SERVICE**

I, the attorney, hereby certify that on June 24, 2026, I electronically filed the attached with the Clerk of the Court using the ECF system which will send such filing to all attorneys of record.

*/s/ Carter T. Hastings*
**Carter T. Hastings**