David Zwisler, #7-5489
2000 South Colorado Blvd., Suite 900
Denver, CO 80222
Telephone: 303-764-6800
david.zwisler@ogletree.com

Jason N.W. Plowman (admitted *pro hac vice*)
(MN Bar No. 0506391)
Tyler W. Hartney (admitted *pro hac vice*)
(MN Bar No. 0400100)
225 South Sixth Street, Suite 1800
Minneapolis, MN 55402
Telephone: 612-339-1818
jason.plowman@ogletree.com
tyler.hartney@ogletree.com

Paul J. Hulbert (admitted *pro hac vice*) (UT Bar No. 19153)
15 W. South Temple, Suite 950
Salt Lake City, UT 84101
Telephone: 801-658-6100
paul.hulbert@ogletree.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF WYOMING**

| | |
|---|---|
| MICHAEL SMITH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>JTL GROUP, INC.,<br><br>Defendant. | **STIPULATED MOTION TO STAY**<br><br>Case No. 26-cv-00054-ABJ |

Plaintiff Michael Smith and Defendant JTL Group, Inc. ("the parties"), by and through their counsel of record, hereby stipulate and move the Court to stay all pending case deadlines for 30 days so that the parties may discuss potential early resolution.

1. Defendant's responsive pleading deadline is currently October 13, 2026. Defendant is prepared to file a responsive pleading; however, the parties have agreed to a 30-day stay to discuss potential resolution.

2. "The power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *In re Church of Jesus Christ of Latter-Day Saints Tithing Litig.*, 2024 WL 4349160, at *2 n.24 (D. Utah Sept. 30, 2024) (quoting *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936)); *see also Doe v. Jones*, 762 F.3d 1174, 1178 (10th Cir. 2014) ("District courts have the prerogative to decide whether a stay is warranted given the specific circumstances of a case."). Courts in this Circuit routinely stay actions pending settlement negotiations. *See, e.g.*, *KPH Healthcare Servs., Inc. v. Mylan, N.V.*, 2024 WL 1494314, at *5 (D. Kan. Apr. 3, 2024); *Rodriguez v. 5830 Rest. Corp.*, 2023 WL 1507195, at *1 (D. Colo. Feb. 3, 2023).

3. Here, good cause exists to stay all pending case deadlines by 30 days. A stay in this matter would permit the parties here to focus on resolving the dispute without the pressures of litigation deadlines. The requested stay would conserve judicial and party resources and would not injure either party or the public.

WHEREFORE, the parties respectfully request that the Court stay the upcoming deadlines by 30 days.

DATED: October 1, 2026

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

*/s/ Paul J. Hulbert*

David Zwisler, #7-5489
2000 South Colorado Blvd., Suite 900
Denver, CO 80222
Telephone: 303-764-6800; Email: david.zwisler@ogletree.com

Jason N.W. Plowman (admitted *pro hac vice*) (MN Bar No. 0506391)
Tyler W. Hartney (admitted *pro hac vice*) (MN Bar No. 0400100)
225 South Sixth Street, Suite 1800
Minneapolis, MN 55402
Telephone: 612-339-1818
Email: jason.plowman@ogletree.com; tyler.hartney@ogletree.com

Paul J. Hulbert (admitted *pro hac vice*) (UT Bar No. 19153)
15 W. South Temple, Suite 950
Salt Lake City, UT 84101
Telephone: 801-658-6100; Email: paul.hulbert@ogletree.com

DATED: October 1, 2026

ANDERSON ALEXANDER, PLLC

*/s/ Carter T. Hastings*
*(Signed with permission received via email on 10/01/26)*

Carter T. Hastings, TX Bar No. 24101879
Lauren E. Braddy, TX Bar No. 24071993
ANDERSON ALEXANDER, PLLC
101 N. Shoreline Blvd, Suite 610
Corpus Christi, TX 78401
carter@a2xlaw.com
lauren@a2xlaw.com

Qusair Mohamedbhai, WY No. 6-3809
Rathod – Mohamedbhai LLC
2701 Lawrence Street
Denver, CO 80205
qm@rmlawyers.com

*Attorneys for Representative Plaintiff and Putative Collective Members*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 1st day of October, 2026, I served the foregoing **STIPULATED MOTION TO STAY** on the persons identified below:

Carter T. Hastings, TX Bar No. 24101879
Lauren E. Braddy, TX Bar No. 24071993
ANDERSON ALEXANDER, PLLC
101 N. Shoreline Blvd, Suite 610
Corpus Christi, TX 78401
carter@a2xlaw.com
lauren@a2xlaw.com

Qusair Mohamedbhai, WY No. 6-3809
Rathod – Mohamedbhai LLC
2701 Lawrence Street
Denver, CO 80205
qm@rmlawyers.com

*Attorneys for Representative Plaintiff and Putative Collective Members*

☐ U.S. Mail – Postage Prepaid
☐ Hand Delivery
☑ Electronic Filing
☐ Email

*/s/ Paul J. Hulbert*

# Exhibit A

David Zwisler, #7-5489
2000 South Colorado Blvd., Suite 900
Denver, CO 80222
Telephone: 303-764-6800
david.zwisler@ogletree.com

Jason N.W. Plowman (admitted *pro hac vice*)
(MN Bar No. 0506391)
Tyler W. Hartney (admitted *pro hac vice*)
(MN Bar No. 0400100)
225 South Sixth Street, Suite 1800
Minneapolis, MN 55402
Telephone: 612-339-1818
jason.plowman@ogletree.com
tyler.hartney@ogletree.com

Paul J. Hulbert (admitted *pro hac vice*) (UT Bar No. 19153)
15 W. South Temple, Suite 950
Salt Lake City, UT 84101
Telephone: 801-658-6100
paul.hulbert@ogletree.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF WYOMING**

| | |
|---|---|
| MICHAEL SMITH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>JTL GROUP, INC.,<br><br>Defendant. | **[PROPOSED] ORDER GRANTING STIPULATED MOTION TO STAY**<br><br>Case No. 26-cv-00054-ABJ |

The parties to this putative class action move and stipulate that the Court stay the action for 30 days for the parties to discuss a potential resolution.

"The power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *In re Church of Jesus Christ of Latter-Day Saints Tithing Litig.*, 2024 WL 4349160, at *2 n.24 (D. Utah Sept. 30, 2024) (quoting *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936)); *see also Doe v. Jones*, 762 F.3d 1174, 1178 (10th Cir. 2014) ("District courts have the

prerogative to decide whether a stay is warranted given the specific circumstances of a case."). Courts in this Circuit routinely stay actions pending settlement negotiations. *See, e.g.*, *KPH Healthcare Servs., Inc. v. Mylan, N.V.*, 2024 WL 1494314, at *5 (D. Kan. Apr. 3, 2024); *Rodriguez v. 5830 Rest. Corp.*, 2023 WL 1507195, at *1 (D. Colo. Feb. 3, 2023).

A stay in this case will permit the parties to focus on resolving this matter without further litigation and without the pressures of litigation deadlines. The stay sought will conserve judicial and party resources and will not injure any party or the public.

It is therefore ORDERED:

1. This action is stayed for 30 days from the date of this Order.

2. When the stay is lifted, either Plaintiff shall file a motion for preliminary settlement approval, together with a copy of the proposed settlement agreement, or the parties shall submit a joint status report.

DATED this _____ day of October, 2026.

______________________________
Alan B. Johnson
United States District Judge